```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
```

In re:                                                                      Case No. 17-04121-JJT
Georgine D Welter                                                           Chapter 13
          Debtor                       **CERTIFICATE OF NOTICE**

District/off: 0314-5           User: REshelman          Page 1 of 1             Date Rcvd: Nov 14, 2017
                               Form ID: ntnew341        Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
```
db             +Georgine D Welter,    8 Rock Street,    Hughestown, PA 18640-2707
4975780        +American Express,    PO Box 981537,    El Paso TX 79998-1537
4975781       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     PO Box 982238,    El Paso TX 79998-2238)
4975782        +Capital One,    PO Box 30281,    Salt Lake City UT 84130-0281
4975785         Commenity Bank,    PO Box 182789,    Columbus OH 43218-2789
4975787        +KML Law Group,    Suite 5000 BNY Independence Center,    701 Market Street,
                 Philadelphia PA 19106-1538
4975788        +Luzerne County Tax Claim Bureau,     200 North River Street,    Wilkes-Barre PA 18711-1004
4975790        +MEDICAL DATA SYSTEMS,    2001 9th Avenue STE 312,    Vero Beach FL 32960-6413
4975791         Midland Funding LLC,    2865 Northside Drive,    Suite 300,    San Diego CA 92108
4975794         PPL,    827 Hausman Road,    Allentown PA 18104-9392
4975792        +Penn Credit Corporation,    916 S 14th Street,    Harrisburg PA 17104-3425
4975796        +The Bureaus,    650 Dundee Road,    Suite 370,    Northbrook IL 60062-2757
4975797        +Wilkes Barre General Hospital,    575 North River Street,    Wilkes Barre PA 18764-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4975783        +E-mail/Text: bankruptcy@cavps.com Nov 14 2017 19:06:02      Cavalry Portfolio Svcs,
                 500 Summit Lake Dr,    Ste 4A,    Vallhalla, NY 10595-2323
4975784        +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Nov 14 2017 19:06:07      Comcast,
                 1500 Market Street,    Floor 33C,    Philadelphia PA 19102-2107
4975786         E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2017 19:03:20     GE Capital Synchrony Bank,
                 PO Box 965007,    Orlando FL 32896-5007
4975789         E-mail/Text: camanagement@mtb.com Nov 14 2017 19:05:50      M&T Bank,    PO Box 900,
                 Millsboro DE 19966
4975793         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2017 19:09:03
                 Portfolio Recovery Associates,    120 Corporate Blvd,    Suite 100,    Norfolk, VA 23502
4985275         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2017 19:08:50
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4976299        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2017 19:09:03
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4975795        +E-mail/Text: bankruptcy@sw-credit.com Nov 14 2017 19:05:58      SW Credit Systems LP,
                 4120 International Parkway,    Suite 1100,    Carrollton TX 75007-1958
4975798         E-mail/Text: WFB.Bankruptcy@cabelas.com Nov 14 2017 19:06:13      World's Foremost Bank,
                 4800 NW 1st Street,    Suite 300,    Lincoln NE 68521-4463
                                                                                               TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              John  Fisher    on behalf of Debtor 1 Georgine D Welter johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Georgine D Welter
Debtor(s)

Chapter 13

Case No. 5:17−bk−04121−JJT

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: December 18, 2017 |
| | Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: REshelman, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: November 14, 2017