UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  GEORGINE D. WELTER          :  CHAPTER 13
          Debtor(s)                :
                                   :
        CHARLES J. DEHART, III      :
        STANDING CHAPTER 13 TRUSTEE :
          Movant                   :
                                   :
          vs.                      :
                                   :
        GEORGINE D. WELTER          :
          Respondent(s)            :  CASE NO.  5-17-bk-04121


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this  18th  day of December, 2017, comes Charles J. DeHart, III,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property
to be distributed under the plan on account of each allowed unsecured claim is less than the
amount that would be paid on such claim if the estate were liquidated under Chapter 7.  More
specifically, debtor's have excess non-exempt equity in the following:

a.  Residential real estate

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable
and therefore Trustee prays that this Honorable Court will:

a.  Deny confirmation of debtor(s) plan.
b.  Dismiss or convert debtor(s) case.
c.  Provide such other relief as is equitable and just.

Respectfully submitted:


/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this   20th   day of December, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Fisher, Esquire
126 South Main Street
Pittston, PA   18640

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee