In re:  
Georgine D Welter  
    Debtor

Case No. 17-04121-JJT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: LyndseyPr     Page 1 of 2     Date Rcvd: Dec 20, 2017  
                       Form ID: ntcnfhrg     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.

```
db              +Georgine D Welter,    8 Rock Street,    Hughestown, PA 18640-2707
4975780         +American Express,    PO Box 981537,    El Paso TX 79998-1537
4975781        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982238,    El Paso TX 79998-2238)
4975782         +Capital One,    PO Box 30281,    Salt Lake City UT 84130-0281
4975785          Commenity Bank,    PO Box 182789,    Columbus OH 43218-2789
4975787         +KML Law Group,    Suite 5000 BNY Independence Center,    701 Market Street,
                  Philadelphia PA 19106-1538
4975788         +Luzerne County Tax Claim Bureau,    200 North River Street,    Wilkes-Barre PA 18711-1004
4975790         +MEDICAL DATA SYSTEMS,    2001 9th Avenue STE 312,    Vero Beach FL 32960-6413
4975791          Midland Funding LLC,    2865 Northside Drive,    Suite 300,    San Diego CA 92108
4975794          PPL,    827 Hausman Road,    Allentown PA 18104-9392
4975792         +Penn Credit Corporation,    916 S 14th Street,    Harrisburg PA 17104-3425
4975796         +The Bureaus,    650 Dundee Road,    Suite 370,    Northbrook IL 60062-2757
4975797         +Wilkes Barre General Hospital,    575 North River Street,    Wilkes Barre PA 18764-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4975783         +E-mail/Text: bankruptcy@cavps.com Dec 20 2017 18:51:31      Cavalry Portfolio Svcs,
                  500 Summit Lake Dr,    Ste 4A,    Vallhalla, NY 10595-2323
5002255         +E-mail/Text: bankruptcy@cavps.com Dec 20 2017 18:51:31      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4975784         +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 20 2017 18:51:33      Comcast,
                  1500 Market Street,    Floor 33C,    Philadelphia PA 19102-2107
4975786          E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2017 18:53:09      GE Capital Synchrony Bank,
                  PO Box 965007,    Orlando FL 32896-5007
4975789          E-mail/Text: camanagement@mtb.com Dec 20 2017 18:51:22      M&T Bank,    PO Box 900,
                  Millsboro DE 19966
4975793          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2017 18:59:03
                  Portfolio Recovery Associates,    120 Corporate Blvd,    Suite 100,    Norfolk, VA 23502
4985275          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2017 18:59:12
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4976299         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2017 18:59:03
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4975795         +E-mail/Text: bankruptcy@sw-credit.com Dec 20 2017 18:51:25      SW Credit Systems LP,
                  4120 International Parkway,    Suite 1100,    Carrollton TX 75007-1958
4975798          E-mail/Text: WFB.Bankruptcy@cabelas.com Dec 20 2017 18:51:37      World's Foremost Bank,
                  4800 NW 1st Street,    Suite 300,    Lincoln NE 68521-4463
                                                                                               TOTAL: 10

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5002256*        +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5          User: LyndseyPr         Page 2 of 2           Date Rcvd: Dec 20, 2017
                              Form ID: ntcnfhrg       Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:

          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt   on behalf of Creditor   M&T BANK S/B/M MANUFACTURERS & TRADERS TRUST COMPANY bkgroup@kmllawgroup.com
          John Fisher   on behalf of Debtor 1 Georgine D Welter johnvfisher@yahoo.com, fisherlawoffice@yahoo.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                      TOTAL: 4

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Georgine D Welter
Debtor(s)

Chapter 13

Case No. 5:17−bk−04121−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **January 30, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: February 6, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 20, 2017 |