UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  GEORGINE D. WELTER                  :   CHAPTER 13
        Debtor(s)                            :
                                             :
    CHARLES J. DEHART, III                 :
    STANDING CHAPTER 13 TRUSTEE            :
        Movant                               :
                                             :
        vs.                                  :
                                             :
    GEORGINE D. WELTER                     :
        Respondent(s)                        :   CASE NO.   5-17-bk-04121

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this   5th   day of January, 2018, comes Charles J. Dehart, III,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about December 20, 2017 be withdrawn, as all issues have been resolved.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this   5th   day of January, 2018, I hereby certify that I have served
the within Motion by electronically notifying parties or by depositing a true and correct copy of
the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail,
addressed to the following:

John Fisher, Esquire
126 South Main Street
Pittston, PA   18640

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee