United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Georgine D Welter  
    Debtor

Case No. 17-04121-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Apr 05, 2022      Form ID: ordsmiss      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Georgine D Welter, 8 Rock Street, Hughestown, PA 18640-2707 |
| 4975787 | + | KML Law Group, Suite 5000 BNY Independence Center, 701 Market Street, Philadelphia PA 19106-1541 |
| 4975788 | + | Luzerne County Tax Claim Bureau, 200 North River Street, Wilkes-Barre PA 18711-1004 |
| 4975791 | | Midland Funding LLC, 2865 Northside Drive, Suite 300, San Diego CA 92108 |
| 4975794 | | PPL, 827 Hausman Road, Allentown PA 18104-9392 |
| 4975797 | + | Wilkes Barre General Hospital, 575 North River Street, Wilkes Barre PA 18764-0001 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: camanagement@mtb.com | Apr 05 2022 18:34:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| 4975780 | + | Email/PDF: bncnotices@becket-lee.com | Apr 05 2022 18:44:50 | American Express, PO Box 981537, El Paso TX 79998-1537 |
| 5017537 | | Email/PDF: bncnotices@becket-lee.com | Apr 05 2022 18:44:54 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4975781 | | EDI: BANKAMER.COM | Apr 05 2022 22:43:00 | Bank of America, PO Box 982238, El Paso TX 79998-2238 |
| 5019520 | + | EDI: BANKAMER2.COM | Apr 05 2022 22:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5023532 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2022 18:44:48 | CACH, LLC its successors and assigns as assignee, of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4975782 | + | EDI: CAPITALONE.COM | Apr 05 2022 22:43:00 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 4975783 | + | Email/Text: bankruptcy@cavps.com | Apr 05 2022 18:34:00 | Cavalry Portfolio Svcs, 500 Summit Lake Dr, Ste 4A, Vallhalla, NY 10595-2323 |
| 5002255 | + | Email/Text: bankruptcy@cavps.com | Apr 05 2022 18:34:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4975784 | + | EDI: COMCASTCBLCENT | Apr 05 2022 22:43:00 | Comcast, 1500 Market Street, Floor 33C, Philadelphia PA 19102-2107 |
| 4975785 | | EDI: WFNNB.COM | Apr 05 2022 22:43:00 | Commenity Bank, PO Box 182789, Columbus OH 43218-2789 |
| 5021168 | | EDI: DIRECTV.COM | Apr 05 2022 22:43:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 4975786 | | EDI: RMSC.COM | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 05 2022 22:43:00 | GE Capital Synchrony Bank, PO Box 965007, Orlando FL 32896-5007 |
| 5020386 | | Email/Text: camanagement@mtb.com | Apr 05 2022 18:34:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 4975789 | | Email/Text: camanagement@mtb.com | Apr 05 2022 18:34:00 | M&T Bank, PO Box 900, Millsboro DE 19966 |
| 4975790 | + | Email/Text: MDSBankruptcies@meddatsys.com | Apr 05 2022 18:34:00 | MEDICAL DATA SYSTEMS, 2001 9th Avenue STE 312, Vero Beach FL 32960-6413 |
| 4975793 | | EDI: PRA.COM | Apr 05 2022 22:43:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 4985275 | | EDI: PRA.COM | Apr 05 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4976299 | + | EDI: RECOVERYCORP.COM | Apr 05 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4975795 | + | EDI: SWCR.COM | Apr 05 2022 22:43:00 | SW Credit Systems LP, 4120 International Parkway, Suite 1100, Carrollton TX 75007-1958 |
| 4975796 | + | EDI: PRATHEBUR | Apr 05 2022 22:43:00 | The Bureaus, 650 Dundee Road, Suite 370, Northbrook IL 60062-2757 |
| 4975798 | | EDI: CAPITALONE.COM | Apr 05 2022 22:43:00 | World's Foremost Bank, 4800 NW 1st Street, Suite 300, Lincoln NE 68521-4463 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5002256 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4975792 | ##+ | Penn Credit Corporation, 916 S 14th Street, Harrisburg PA 17104-3425 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK S/B/M MANUFACTURERS & TRADERS TRUST COMPANY bkgroup@kmllawgroup.com |

| | |
|---|---|
| John Fisher | on behalf of Plaintiff Georgine D Welter johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| John Fisher | on behalf of Debtor 1 Georgine D Welter johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Georgine D Welter,         Chapter     13

    **Debtor 1**

                       Case No.     5:17−bk−04121−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: April 5, 2022

ordsmiss (05/18)