FILED '22 OCT 24 PM 2:20
CLERK, US COURT, PAMB

CERTIFICATE OF SERVICE

I hereby certify that on **October 18, 2022** I have served a copy of this Notice of Mortgage Payment Change and all attachments, relating to claim # 6 , in Chapter 13 case# 17-04121 in the Middle District of Pennsylvania, for debtor(s) Georgine D Welter , to the following:

By US Mail, postage pre paid:

Debtor(s):

Georgine D Welter
8 Rock St
Hughestown, PA 18640

BY CM/ECF

Debtor's Attorney:

John Fisher

Trustee:

Jack N Zaharopoulos

/s/ Sarah Sepulveda Rios
Business Banking & Consumer Support Specialist, M&T Bank
475 Crosspoint Parkway
Getzville, NY 14068
800-837-7694